1  Gregory J. Marshall (#019886)
   gmarshall@swlaw.com
2  Domingos R. Santos, Jr. (#025735)
   drsantos@swlaw.com
3  SNELL & WILMER L.L.P.
   One Arizona Center
4  400 E. Van Buren
   Phoenix, AZ  85004-2202
5  Telephone: (602) 382-6000
   Attorneys for Defendant Wells Fargo Bank, N.A.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| MICHAEL A. MCDONALD, | No. |
|---|---|
| Plaintiff, | **DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF REMOVAL** |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

**TO:  TO THE HONORABLE JUDGES AND CLERK OF THE ABOVE-ENTITLED COURT**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby files this Notice of Removal of the state court civil action filed against it that is described below.  The grounds for removal are the following:

1.    Michael A. McDonald ("Plaintiff"), with the filing of the Complaint, commenced this action in the Superior Court of the State of Arizona for the County of Maricopa on April 20, 2010, in Case Number CV2010-092620 (the "Superior Court Action").

2.    Wells Fargo was served with a copy of the Summons and Complaint on April 29, 2010.  The Summons and Complaint are attached as Exhibit A.

. . .

3. Removal is timely under 28 U.S.C. § 1446(b), because this Notice is filed within 30 days after receipt by Wells Fargo of a copy of the Complaint, as calculated under Fed. R. Civ. P. 6(a)(1), and within one year of the commencement of the action.

4. Under 28 U.S.C. § 1441, this Court is the appropriate forum in which to file this Notice of Removal because the United States District Court for the District of Arizona, Phoenix Division, is the federal judicial district embracing Maricopa County, Arizona, the county in which the Superior Court Action was filed.

5. The Superior Court Action involves a federal question claim. Regarding Plaintiff's loan agreement, the Complaint alleges that "Defendant is now in default and without claim" pursuant to "the Constitution of the United States" and the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1601, 1692 *et seq.* Under 28 U.S.C. § 1331, this Court has original jurisdiction over this claim because it arises under the Constitution, laws, or treaties of the United States.

6. Under 28 U.S.C. § 1367, this Court has supplemental jurisdiction over all other claims in the Superior Court Action because they are so related to the claim over which this Court has original jurisdiction under 28 U.S.C. § 1331 that they form part of the same case or controversy.

7. This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court by Wells Fargo pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Plaintiff's action challenges, among other things, the validity of trustee's sales noticed with respect to two mortgage loans (referred to in the caption of the Complaint as "Wells Fargo File 1205214935, 1205214918") in the amounts of $160,000.00 and $206,400.00, respectively. The mortgage loan referenced as File 1205214935 (in the original principal amount of $160,000.00) was secured by property recently sold at a trustee's sale for $75,000.00. The mortgage loan referenced as File 1205214918 (in the original principal amount of $206,400.00) is currently noticed

1  for sale on May 25, 2010. Its value equals or exceeds $75,000.00. Although Wells Fargo
2  disputes any liability to the Plaintiff with respect to the foregoing mortgage loans,
3  Plaintiff nonetheless seeks an amount which exceeds the sum of $75,000.00, exclusive of
4  interest and costs. *See Garfinkle v. Wells Fargo Bank,* 483 F.2d 1074, 1076 (9th Cir.
5  1973).

6      8.    Upon information and belief, Plaintiff is a resident of the State of Arizona.
7  (Compl., p. 33 (Affidavit).)

8      9.    Wells Fargo was, at the time of the filing of this action, and still is, a
9  foreign entity. For diversity jurisdiction purposes, a national bank is a citizen of the state
10  designated as its main office on its organization certificate. 28 U.S.C. § 1348; *Wachovia*
11  *Bank, N.A. v. Schmidt*, 546 U.S. 303, 306 (2006). Wells Fargo was, at the time of the
12  filing of this action, and still is, a national banking association having its principal place
13  of business in the State of South Dakota.

14      10.    Pursuant to 28 U.S.C. § 1446 and LRCiv 3.7(a), counsel for Wells Fargo
15  has caused a copy of a Notice of Removal to be filed with the Clerk of the Superior Court
16  of the State of Arizona in and for the County of Maricopa, a copy of which is attached as
17  Exhibit B.

18      11.    True and complete copies of all other documents filed in the Superior Court
19  are attached as Exhibit C.

20  . . .
21  . . .
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .
27  . . .
28  . . .

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

WHEREFORE, Defendant Wells Fargo respectfully requests that this Notice of Removal be filed, the Superior Court Action be removed to and proceed hereafter in this Court, and no further proceedings be had in the Superior Court of Maricopa County, State of Arizona.

DATED this 25th day of May, 2010.

SNELL & WILMER L.L.P.


By: *s/ Domingos R. Santos, Jr.*
    Gregory J. Marshall
    Domingos Santos
    One Arizona Center
    400 E. Van Buren
    Phoenix, Arizona 85004-2202
    Attorneys for Defendant Wells Fargo Bank, N.A.

# CERTIFICATE OF SERVICE

I hereby certify that on 25th day of May, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I hereby certify that on 25th day of May, 2010, I served the foregoing document by mailing a copy to the following Party who is not a registered participant of the CM/ECF System:

Michael A. McDonald
P.O. Box 1280
Apache Junction, Arizona 85117
*Plaintiff Pro Per*

I also certify that on the 25th day of May, 2010, I transmitted a courtesy copy of the foregoing document and any attachments by hand delivery to the judge assigned to this litigation.

*s/ Domingos R. Santos, Jr.*

11504112.2

Snell & Wilmer L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000